IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JUDIA ELLIOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-172 |
| | ) | |
| VINEBROOK HOMES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed in the above-captioned case on November 27, 2023, and requested permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2.) That same day, a Rule 26 Instruction Order was issued to Plaintiff, which explained "the parties" must confer and submit the report required by Federal Rule of Civil Procedure 26(f) within a certain time period determined by service of the complaint or appearance of any Defendant in the case. (See doc. no. 3.) On December 1, 2023, the Court recommended that the IFP motion be denied as moot and that the case be dismissed and closed based on the lack of subject matter jurisdiction. (See doc. no. 4.) Objections to that recommendation are due December 18, 2023. (See doc. no. 5.)

In the meantime, and even though no Defendant has been served because of the recommendation for dismissal, let alone appeared, Plaintiff filed a Rule 26(f) Report which only she signed. As the filing requires participation of Plaintiff and Defendant in a conference, followed by submission of a jointly signed report, and given the current

procedural posture of this case, the Report filed on December 13th signed only by Plaintiff is a nullity.  The Court **DIRECTS** the **CLERK** to terminate the motion associated with the procedurally improper Report.  (Doc. no. 9.)

SO ORDERED this 14th day of December, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA