IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JUDIA ELLIOT, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    CV 123-172 |
| VINEBROOK HOMES, | ) ) ) |
|     Defendant. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case for lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 21st day of December, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA